FILED

JAN 2 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA    '08 MJ 8067

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Magistrate's Case No.: |
| | ) |
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| | ) |
| v. | ) Title 21, U.S.C., § 841(a)(1) |
| | ) Possession with Intent to |
| Jesus Ricardo ALMEIDA (1) | ) Distribute (Felony) |
| | ) |
| Jose Mauricio CARRILLO-Sanchez (2) | ) |
| | ) |
| Defendants. | ) |

The undersigned complainant being duly sworn states:

That on or about January 25, 2008, within the Southern District of California, defendants Jesus Ricardo ALMEIDA and Jose Mauricio CARRILLO-Sanchez did knowingly and intentionally possess, with intent to distribute approximately 392.09 kilograms (864.400 pounds) of marijuana, Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
JEFFREY BUTLER
Special Agent
Drug Enforcement Administration

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 25TH DAY OF JANUARY, 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v
Jesus Ricardo ALMEIDA (1)
Jose Mauricio CARRILLO-Sanchez (2)

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to Drug Enforcement Administration Special Agent Jeffrey Butler.

On January 25, 2008, at approximately 1:00 A.M., United States Border Patrol Agent (USBPA) S. Perez was performing his official duties as a canine officer at the Highway 86 checkpoint. At that time, USBPA Perez observed a tractor trailer, later identified as driven by Jesus Ricardo ALMEIDA, approach the primary inspection area of the checkpoint.

USBPA Perez conducted a pre-primary inspection of the tractor trailer with his service issued canine. During this inspection, the canine alerted to the back of the trailer. SBPA F. Alvarez questioned ALMEIDA as to his citizenship. ALMEIDA told the agent he was a U. S. citizen. USBPA Alvarez then was told ALMEIDA had a passenger who was asleep in the back, later identified as Jose Mauricio CARRILLO-Sanchez. USBPA Alvarez referred ALMEIDA and the tractor trailer to secondary inspection.

Upon arrival in secondary inspection, USBPA Alvarez requested and was given permission to search the trailer. ALMEIDA produced a key and opened the trailer for USBPA Alvarez. After opening the trailer, USBPA Perez observed several black duffel bags stacked on pallets of compacted plastic. ALMEIDA told USBPA Perez he didn't know what was in the black duffel bags. USBPA Perez placed his service canine inside of the trailer and the canine alerted to the black duffel bags. A search of the contents of the bags revealed 63 bundles wrapped in cellophane, with a total weight of approximately 392.09 kilograms of marijuana.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The duffle bags were removed from the trailer and taken inside of the checkpoint for testing.   USBPA Alvarez performed a NIK test on one of the bundles which contained a green leafy substance.  The substance tested positive for the properties of marijuana.

Special Agent Butler advised CARRILLO of his rights per Miranda.  CARRILLO stated he was supposed to be transporting people and not drugs in the trailer.  CARRILLO further stated he was to be paid approximately $500.00 per person he transported.